UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN BARRY RUZA #967073,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

Case No. 1:20-cv-808

Hon. Hala Y. Jarbou

## **ORDER**

On July 9, 2021, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that the habeas petition be denied (ECF No. 15). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on July 23, 2021. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 15) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

The Court declines to certify that an appeal would not be taken in good faith.

Date:  August 17, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE